UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 00687
CRAIG M SCHAUL
ANTOINETTE N SCHAUL                       CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-2174    SSN XXX-XX-6752

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/10/05 and confirmed on 03/04/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 162868.11 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | 71111.82 | .00 | 71111.82 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 2530.50 | .00 | 2530.50 |
| CHASE HOME EQUITY | SECURED | 9900.00 | .00 | 9900.00 |
| CHASE HOME EQUITY | MORTGAGE ARRE | 211.48 | .00 | 211.48 |
| CONSUMERS COOP CU | SECURED | 3500.00 | 149.21 | 3500.00 |
| WICKES | SECURED | 142.03 | 3.94 | 142.03 |
| BECKET & LEE LLP | UNSECURED | 1332.62 | .00 | 1332.62 |
| ATLAS & LEVITON | UNSECURED | 3321.08 | .00 | 3321.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4757.93 | .00 | 4757.93 |
| ECAST SETTLEMENT CORP | UNSECURED | 725.07 | .00 | 725.07 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11812.85 | .00 | 11812.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5397.58 | .00 | 5397.58 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11451.09 | .00 | 11451.09 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1404.86 | .00 | 1404.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2762.59 | .00 | 2762.59 |
| DISCOVER BANK | UNSECURED | 6816.07 | .00 | 6816.07 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 251.20 | .00 | 251.20 |
| MARSHALL FIELD | UNSECURED | 76.98 | .00 | 76.98 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4980.03 | .00 | 4980.03 |

--------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 1913.56 | .00 | 1913.56 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4838.83 | .00 | 4838.83 |
| CONSUMERS COOP CU | UNSECURED | 59.12 | .00 | 59.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 262.17 | .00 | 262.17 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 96.08 | .00 | 96.08 |

            Summary of disbursements:

```
------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED      OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   87395.83        .00   62259.71        .00  149655.54
PRINCIPAL PAID       87395.83        .00   62259.71        .00  149655.54
INTEREST PAID          153.15        .00        .00        .00     153.15
TOTAL PAID           87548.98        .00   62259.71        .00  149808.69
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   6729.31 .

Refunds to the Debtor totaled $   3630.11 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE